# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
## CENTRAL DIVISION
## AT LEXINGTON

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CIVIL ACTION NO. 5:13-CR-60-KKC** |
| **Plaintiff,** | |
| **V.** | **ORDER** |
| **JAMES G. WELLS,** | |
| **Defendant.** | |

**\*\*\* \*\*\* \*\*\***

This matter is before the Court on the report and recommendation entered by Judge Wier, recommending that defendant James G. Wells is competent to face further proceedings, including trial. (DE 30). On October 23, 2013, Judge Wier conducted a competency hearing, in which Wells was present and was represented by counsel. The parties stipulated to the admissibility of the competency evaluation report (DE 26), the report's findings, and the qualifications of Dr. Dwyer, the forensic examiner. (DE 29). In making his recommendation, Judge Wier was properly guided by 18 U.S.C. § 4241. After considering the evidence, particularly the report of Dr. Dwyer, who analyzed Wells's history and behavior and evaluated his competency, Judge Wier found that "per § 4241(a), that Defendant is able to understand the nature and consequences of the proceedings and can assist properly in his defense." (DE 30, p. 5). There are no objections to the report and recommendation. The Court has reviewed the report and recommendation and agrees with its analysis.

Accordingly, the **COURT HEREBY ADOPTS** the report and recommendation of Judge Wier. (DE 30).

This 3rd day of March, 2014.



KAREN K. CALDWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY