UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
AT LEXINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>v.<br><br>JAMES G. WELLS,<br>    Defendant. | CRIMINAL NO. 5:13-60-KKC-EBA<br><br><br>**ORDER** |

*** *** ***

This matter is before the Court on a recommended disposition in which the Magistrate Judge makes certain recommendations regarding the defendant's alleged violations of the terms of his supervised release. (DE 80.) No party has filed objections to the recommendation, and the deadline to do so has passed.

Accordingly, the Court hereby ORDERS that the Recommended Disposition (DE 80) is ADOPTED as the Court's opinion. This matter IS SET for an **ALLOCUTION AND SENTENCING HEARING** on **APRIL 11, 2023 at 2:00 p.m**., at the U.S. District Courthouse, Lexington, Kentucky.

This 4th day of April, 2023.

KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY

1